**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
**SUNBELT RENTALS, INC.,**

                                                                                             Case No.: 2:19-cv-6929 (AMD) (CLP)

                 **Plaintiff,**

    -against-

**INTERSTATE SIGNCRAFTERS, LLC,**

                 **Defendant.**
------------------------------------------------------------------X

**DECLARATION OF JEFF PETERSEN**
**IN OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND**

**JEFF PETERSEN**, declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am the President of Interstate Signcrafters, LLC, the Defendant in this case.

2. I have personal knowledge of the contents of this affidavit.

3. As a result of the Defendant's default under a credit agreement and a security agreement, both executed as of August 30, 2013, together with amendments thereto, by – among other things – failing to pay the loans thereunder in full by September 21, 2018, the secured party to those agreements exercised its rights thereunder and noticed a public sale of the Company's assets in satisfaction of its indebtedness.

4. On December 17, 2018, a public sale was held and the Company's operations were terminated thereafter.

5. Since then, the Defendant has been in the process of winding down its operations.

6. Beginning in or about July 2019, the Defendant ceased operating from its Florida address and all operations concerning the winding down of Defendant's business were moved to Bohemia, New York.

7. As such, Defendant's current principal place of business is in the State of New York.

8. Further, it is my understanding that process for the underlying lawsuit by Plaintiff, which was removed to this Court from Florida Circuit Court, was served upon one (1) Tee Lancaster.

9. Tee Lancaster is not a registered agent designated by the Defendant.

10. Tee Lancaster is not a member of Defendant.

11. Tee Lancaster is not a manager of Defendant.

12. Tee Lancaster is not an employee designated by any member or manager of Defendant to accept any service of process.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2020.

_____
JEFF PETERSEN